AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** 23-8227 mB ~~3985883-PMN~~ | **Date and time warrant executed:** 04/20/2023 @ 1030 hours | **Copy of warrant and inventory left with:** USPS |
| **Inventory made in the presence of:** Inspector B. Hess and Inspector R. Firkin | | **USPS Tracking Number:** 9570106634013108475127 |

**Inventory of the property taken and name of any person(s) seized:**
Priority Mail Parcel Label No. 9570106634013108475127 addressed to M. Jones, 125 Royal Dr. Apt. 2105, Madison, AL 35758 with a return address of T. Reeder, 5611 S. 32nd St. Apt. 107, Phoenix, AZ 85040 contained the following:

- Approximately 2200.5 grams of blue M30 pills (suspected fentanyl).

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

**Date:** 04/20/2023

Andrea Brandon
Digitally signed by Andrea Brandon
Date: 2023.04.20 14:34:36 -07'00'
*Executing officer's signature*

Andrea Brandon, Postal Inspector
*Printed name and title*